# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>ECLIPSE AVIATION CORPORATION, *et al.*,[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13031 (MFW)**<br>**Jointly Administered** |
| ALPHA-AIRWAYS GMBH,<br><br>**Plaintiff,**<br><br>v.<br><br>ECLIPSE AVIATION CORPORATION, KINGS ROAD INVESTMENTS LTD., and JOHN DOES 1 THROUGH 1,000,<br><br>**Defendants.** | **Adv. No. 09-50027 (MFW)** |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned certifies as follows:

1. Plaintiff Alpha-Airways GMBH and defendant Kings Road Investments, Ltd., ("Kings Road") have entered into a stipulation dismissing Kings Road and John Does 1 through 1,000 from this adversary proceeding, for the reasons set forth in the stipulation.

2. Accordingly, Kings Road respectfully requests that the Court enter the proposed order attached hereto as Exhibit A dismissing Kings Road and John Does 1 through 1,000 from this proceeding and granting such other and further relief as the Court deems just and proper. A copy of the stipulation is attached to the proposed order as Exhibit 1.

---

[1] The debtors in these jointly administered cases are Eclipse Aviation Corp. And Eclipse IRB Support, LLC.

Dated: October 7, 2009
      Wilmington, Delaware

/s/ Cory D. Kandestin

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Kings Road*