# EXHIBIT A

# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>ECLIPSE AVIATION CORPORATION, *et al.*,[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13031 (MFW)**<br>**Jointly Administered** |
| ALPHA-AIRWAYS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>ECLIPSE AVIATION CORPORATION, KINGS ROAD INVESTMENTS LTD., and JOHN DOES 1 THROUGH 1,000,<br><br>Defendants. | Adv. No. 09-50027 (MFW) |

## ORDER APPROVING STIPULATION
## OF VOLUNTARY DISMISSAL WITH PREJUDICE

Upon consideration of the stipulation attached to this Order as Exhibit 1 (the "Stipulation") between plaintiff Alpha-Airways GMBH and defendant Kings Road Investments, Ltd.; and good cause appearing therefor,

THE COURT ORDERS THAT:

1. The Stipulation is approved.

2. Kings Road Investments, Ltd. and John Does 1 through 1,000 are dismissed from this adversary proceeding with prejudice.

---

[1] The debtors in these jointly administered cases are Eclipse Aviation Corp. And Eclipse IRB Support, LLC.

3. The case caption in this adversary proceeding is modified to read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**ECLIPSE AVIATION CORPORATION,** *et al.,*[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13031 (MFW)**<br>**Jointly Administered** |
| **ALPHA-AIRWAYS GMBH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ECLIPSE AVIATION CORPORATION,**<br><br>**Defendant.** | **Adv. No. 09-50027 (MFW)** |

4. The Clerk of the Court shall modify the adversary proceeding caption consistent with this Order, and shall make the following docket entry:

> The Court has entered an order dismissing defendants Kings Road Investments, Ltd. and John Does 1 through 1,000 from this proceeding.

5. The parties shall each bear their own costs and fees.


Dated: October ____, 2009
Wilmington, Delaware

                                        THE HONORABLE MARY F. WALRATH
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these jointly administered cases are Eclipse Aviation Corp. And Eclipse IRB Support, LLC.

# EXHIBIT 1

## APPROVED STIPULATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>ECLIPSE AVIATION CORPORATION, *et al.*,[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13031 (MFW)**<br>**Jointly Administered** |
| **ALPHA-AIRWAYS GMBH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ECLIPSE AVIATION CORPORATION, KINGS ROAD INVESTMENTS LTD., and JOHN DOES 1 THROUGH 1,000,**<br><br>**Defendants.** | **Adv. No. 09-50027 (MFW)** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Alpha-Airways GMBH ("Alpha-Airways") and defendant Kings Road Investments, Ltd., ("Kings Road") stipulate and agree, subject to Court approval, as follows:

WHEREAS on November 25, 2008, Eclipse Aviation Corporation ("Eclipse") and its affiliate filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code;

WHEREAS on January 15, 2009, Alpha-Airways commenced this adversary proceeding by filing a complaint against Eclipse, Kings Road, and John Does 1 through 1,000 [D.I. 1];

WHEREAS on August 28, 2009, the Court entered an order (the "Sale Order") approving the sale of substantially all of Eclipse's assets (the "Purchased Assets"), including the property that is the subject of this adversary proceeding, to Eclipse Aerospace Inc. free and clear of liens, claims and encumbrances, as set forth in the Sale Order [Main Case D.I. 850];

---

[1] The debtors in these jointly administered cases are Eclipse Aviation Corp. And Eclipse IRB Support, LLC.

RLF1-3440424-1

WHEREAS, under the Sale Order and otherwise, Kings Road and Eclipse's other senior secured noteholders have released their liens on the Purchased Assets, including the property that is the subject of this adversary proceeding;

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE, SUBJECT TO BANKRUPTCY COURT APPROVAL, AS FOLLOWS:

1. Kings Road and John Does 1 through 1,000 are dismissed from this adversary proceeding with prejudice.

2. The parties will request a modification of this adversary proceeding's case caption as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **ECLIPSE AVIATION CORPORATION,** *et al.*,[1] <br><br> **Debtors.** | **Chapter 11** <br><br> **Case No. 08-13031 (MFW)** <br> **Jointly Administered** |
| **ALPHA-AIRWAYS GMBH,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ECLIPSE AVIATION CORPORATION,** <br><br> **Defendant.** | **Adv. No. 09-50027 (MFW)** |

3. The parties will request that the Clerk of the Court enter a docket entry reading substantially as follows:

---

[1] The debtors in these jointly administered cases are Eclipse Aviation Corp. And Eclipse IRB Support, LLC.

RLF1-3440424-1

The Court has entered an order dismissing defendants Kings Road Investment, Ltd. and John Does 1 through 1,000 from this proceeding.

4. The parties shall each bear their own costs and fees.

| | |
|---|---|
| Dated: October 7, 2009<br>Wilmington, Delaware<br><br>/s/ Karen C. Bifferato<br>Arthur G. Connolly, III (No. 2667)<br>Karen C. Bifferato (No. 3279)<br>Timothy M. Holly (No. 4106)<br>**CONNOLLY BOVE LODGE & HUTZ LLP**<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br><br>*Attorneys for Alpha-Airways GMBH* | Dated: October 7, 2009<br>Wilmington, Delaware<br><br>/s/<br>Robert J. Stearn, Jr. (No. 2915)<br>Cory D. Kandestin (No. 5025)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>*Attorneys for Kings Road Investment, Ltd.* |